**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOHUM SHTROKS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CLIENT SERVICES, INC.,<br><br>Defendant. | Case No.: 1:20-cv-04837-RPK-VMS<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff Nohum Shtroks by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated:   Brooklyn, New York
         January 11, 2021

Respectfully submitted,

/s/ *Joseph H. Mizrahi*

Joseph H. Mizrahi, Esq.